IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**CHRISTOPHER STALEY**                                                                 **PLAINTIFF**

v.                              **CASE NO. 2:21-CV-00119-BSM**

**WELLPATH LLC,** *et al.*                                                              **DEFENDANTS**

**ORDER**

Jamie Andrews is dismissed without prejudice because Christopher Staley has not filed proof of service of process, and the time to do so has passed. Fed. R. Civ. P. 4(m); *See* Doc. No. 3.

IT IS SO ORDERED this 5th day of January, 2022.

_____
UNITED STATES DISTRICT JUDGE