IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**CHRISTOPHER STALEY**                                                                 **PLAINTIFF**

v.                              CASE NO. 2:21-CV-00119-BSM

**WELLPATH LLC,** *et al.*                                                             **DEFENDANTS**

## JUDGMENT

Consistent with the order entered today, this case is dismissed with prejudice.

IT IS SO ORDERED this 5th day of January, 2024.

_____
UNITED STATES DISTRICT JUDGE